WILLIAM PETERSON v. ALPHONSO McLAMB AND WIFE, EUTHA McLAMB.

(Filed 8 April, 1942.)

**1. Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

**2. Appeal and Error § 3b—**

When a party dies pending appeal, his administratrix will be substituted as a party upon motion. Rule 37.

APPEAL by plaintiff from *Carr, J.,* at September Term, 1941, of SAMPSON.

*Jno. B. Williams, Jr., and P. D. Herring for plaintiff, appellant.*
*E. J. Wellons for defendants, appellees.*

PER CURIAM. Plaintiff appealed from a judgment of the Superior Court holding that upon the facts found by the referee the plaintiff was not entitled to recover. This Court being evenly divided in opinion as to the correctness of this ruling, *Justice Schenck* not sitting, the judgment of the Superior Court is affirmed, without becoming a precedent.

The death of the plaintiff pending appeal having been suggested, upon her motion Eva L. Peterson, administratrix, is made party plaintiff in lieu of William Peterson, the decedent. Rule 37.

Judgment affirmed.